FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 07 2024

DT
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:24-00148 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(d) |
| | ) | 18 U.S.C. § 924 |
| NATHANIEL OLSON | ) | 18 U.S.C. § 932 |

# INDICTMENT

## COUNT ONE

On or about December 4, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **NATHANIEL OLSON**, did knowingly purchase a firearm, to wit, a Model PF9SS, 9x19mm Luger pistol bearing no identifiable serial number, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of Individual A , knowing and having reasonable cause to believe that Individual A was then under indictment for a crime punishable by imprisonment for a term exceeding one year, and that Individual A had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 932(b)(1).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about December 4, 2023, in the Middle District of Tennessee, the defendant, **NATHANIEL OLSON,** knowingly sold and disposed of a firearm, that is, a Model PF9SS, 9x19mm Luger pistol bearing no identifiable serial number, to Individual A, knowing and having reasonable cause to believe that Individual A was then under indictment for a crime punishable by imprisonment for a term exceeding one year, and that Individual A had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d) and 924.

A TRUE BILL

[redacted]

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

JOSH KURTZMAN
ASSISTANT UNITED STATES ATTORNEY