IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00148 |
| | ) | |
| NATHANIEL OLSON | ) | JUDGE NEWBERN |
| | ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal this matter, particularly the Indictment, arrest warrants, search warrants, and all other associated filings. The United States originally requested that the Indictment be sealed as the named Defendants were at large. All Defendants have now been arrested so the rationale for sealing the Indictment no longer exists. Accordingly, the United States requests that the Court unseal the Indictment and all other filings.

December 2, 2024  
Date

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Joshua A. Kurtzman*
Joshua A. Kurtzman
Assistant United States Attorney
716 Church Street, Suite 3300
Nashville, Tennessee 37203
615-401-6617